Christine Pham, CA Bar # 227033
LEGAL HELPERS, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  866.339.1156
Fax: 312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff Jill Valero*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| Jill Valero, | Case No. 1:10-CV-01174-OWW-GSA |
| Plaintiff, | |
| v. | |
| Bryant, LaFayette and Associates, LLC, | **ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT THE MOTION FOR DEFAULT JUDGMENT HEARING** |
| Defendant. | |
| | **COURTROOM:** 10<br>**DATE:** April 8, 2011<br>**TIME:** 9:30 AM |

For Good Cause Shown, the Court hereby Grants Plaintiff's Request to Appear by

Telephone at the Motion for Default Judgment hearing before Magistrate Judge Gary S. Austin,

and Plaintiff may appear by telephone at the hearing currently set for April 8, 2011 at 9:30 AM.

IT IS SO ORDERED.

Dated:   **February 22, 2011**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

Order- 1